UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TAZZ LANGSTON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:23-cv-00215-MPB-MG |
| WARDEN, | ) ) ) |
| Respondent. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. Petitioner Langston's petition for writ of habeas corpus is dismissed for lack of subject matter jurisdiction.

Date: September 6, 2023

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

TAZZ LANGSTON
120431
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838

Marjorie H. Lawyer-Smith
INDIANA ATTORNEY GENERAL
marjorie.lawyer-smith@atg.in.gov